No. 59948.—The A. W. Fenton Company v. United States, protest 257902–K (New York).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of one antique violin and violoncello made "prior to the year 1801" and that if the letter from the importer, which is now attached to the entry, had been before the collector prior to the liquidation of the entry or the expiration of the collector's review period under section 515, the merchandise would have been liquidated free of duty under paragraph 1811, the claim of the plaintiff was sustained.

No. 59949.—Railway Express Agency, Inc. v. United States, protests 170283–K, etc. (Pembina).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of beef similar in all material respects to that the subject of *Swift & Company et al.* v. *United States* (33 Cust. Ct. 212, C. D. 1655), the claim of the plaintiff was sustained.

No. 59950.—Astoria Pan Americana, Inc., and J. J. Boll v. United States, protests 211677–K, etc. (New York).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of ficin powder or *leche de oje en polvo* the same in all material respects as that the subject of *Astoria Pan-Americana, Inc.* v. *United States* (32 Cust. Ct. 243, C. D. 1608), the claim of the plaintiffs was sustained.